AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>RADER, Randall R. | 2. Court or Organization<br>United States Court of Appeals<br>for the Federal Circuit | 3. Date of Report<br><br>March 10, 2004 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>Article III Circuit Judge<br>Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>01/01/03 –<br>12/31/03 |
|---|---|---|
| 7. Chambers or Office Address<br>717 Madison Place, NW<br>Suite 913<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in complianc with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Board Member | Federal Judges' Association |
| Board Member | Bd. of Advisors, George Washington University |
| Board Member | Bd. of Directors, J. Reuben Clark Law Society |
| Chairman | IP Executive Committee, Federalist Society |
| Adjunct Professor | The George Washington University Law School |
| Board Member | Intellectual Prop. Advisory Bd. DePaul University College of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| Spring Semester | Lecturer, The George Washington University Law School | $ 11,000 |
| Fall Semester | Lecturer, The George Washington University Law School | $ 12,205 |
| | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | |
|---|---|
| 2003 | Fairfax County Adult Education |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 03/10/04 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Administrative Office U.S. Courts | Tucson, Arizona; 02/12-02/13/03; interview for a position with the Federal Judicial Ctr (transportation, lodging,mea |
| 2 | George Washington University | Bangalore, Trivandrum, India; 02/16-02/25/03; participated in professional & law school conferences |
| 3 | Pricewaterhouse Coopers | Phoenix, Arizona; 02/27-03/01/03; panelist on an appellate judge's panel (transportation, lodging, meals) |
| 4 | Fordham University | New York, New York; 03/24-03/25/03; overviewer of a panel at the Law School Conference (transportation, lodging,meal |
| 5 | George Washington University | Haifa, Israel; 05/10-05/18/03; lecturer at a law school conference on Patents & Biotechnology (transportation, lodging, meals) |
| 6 | GSA Office of General Counsel | New York, New York; 05/20/03; speaker (transportation, mea |
| 7 | Federal Circuit Bar Association | Amelia Island, Florida; 05/21-05/24/03; panelist (transportation, lodging, meals) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| XX | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| XX | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 03/10/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Treasury Department Federal Credit Union | D | INT | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

IV. REIMBURSEMENTS (cont'd)

| | |
|---|---|
| American Bar Association | San Diego, California; 06/18-06/22/03; speaker (transportation, lodging, meals) |
| University of Washington | Seattle, Washington; 07/24-07/27/03; keynote speaker at the Center for Advanced Study & Research (transportation, lodging, meals) |
| Iowa Intellectual Property Law Association | Des Moines, Iowa; 09/27; speaker (transportation, meal) |
| University of California at Berkeley | Berkeley, California; 10/21-10/23/03; received BCLT Distinguished Service Award (transportation, lodging, meals) |
| George Washington University | Osaka, Japan; 12/10-12/20/03; lecturer at law schools and participated in two other conferences (transportation, lodging, meals) |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance ████████████████████████████████ 7353 and Judicial Conference regulations.

Signature ████████████████████████████████          Date    March 10, 2004

NOTE: ███████████████████████████Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544